UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVON LAMAR TORBERT,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>WILLIAM D. GORE, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 14-cv-2911-BEN (NLS)<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION**<br><br>**(2) DENYING MOTION FOR LEAVE TO AMEND COMPLAINT** |

On December 9, 2014, Plaintiff Javon Lamar Torbert, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Docket No. 1.) On October 20, 2015, Plaintiff filed a motion for leave to file a first amended complaint in order to substitute five individuals in the place of doe defendants. (Docket No. 46.) On November 10, 2015, the Magistrate Judge issued a thoughtful and thorough Report and Recommendation recommending that Plaintiff's motion be denied. (Docket No. 51.) Objections to the Report were due by December 4, 2015. (*Id.*) No objections have been filed. For the reasons stated below, the Report is **ADOPTED**.

A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). "[T]he district judge must determine de novo any part of the [report and

recommendation] that has been properly objected to." Fed. R. Civ. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

Albeit not required, this Court reviewed the matter de novo. The Court fully **ADOPTS** the Report and Recommendation. Plaintiff's motion is **DENIED.**

**IT IS SO ORDERED.**

Dated: December 30, 2015

Hon. Roger T. Benitez
United States District Judge