

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

See attachment

**Civil Action No.** 14-cv-02911-BEN-AHG

**Plaintiff,**

V.

See attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's Motion for Summary Judgment is GRANTED. The Plaintiffs claim against the Defendant is hereby dismissed.

Date: _____1/31/20_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Exler _____

M. Exler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

## (ATTACHMENT)

**Civil Action No.** <u>14cv02911-BEN-AHG</u>

Javon Lamar Torbert
Plaintiff

v.

William D. Gore, Sheriff of San Diego Sheriff Department;  Deputy Dailly, Sheriff of San Diego Sheriff Department; Deputy McMahon, Sheriff of San Diego Sheriff Department; Deputy Y. G. Gebregiorgis, Sheriff of San Diego Sheriff Department; Sergeant Estrada, San Diego Sheriff Department; San Diego County; DOES 1-50
Defendants